UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | No. CR23-179 JHC<br><br>NOTICE OF APPEARANCE<br>OF MARK N. BARTLETT<br><br>***Clerk's Action Required*** |

TO:        CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Mark N. Bartlett of Davis Wright Tremaine LLP, hereby enters his appearance on behalf of Defendant Changpeng Zhao, aka "CZ," and requests that all future papers or pleadings except original process be served upon said attorneys at the address below stated.

///

///

///

NOTICE OF APPEARANCE OF MARK N. BARTLETT
Case No. CR23-179 JHC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 14th day of November, 2023.

        Davis Wright Tremaine LLP
        Attorney for Defendant Changpeng Zhao, aka "CZ"

By *s/ Mark N. Bartlett*
    Mark N. Bartlett, WSBA No. 15672
    Davis Wright Tremaine LLP
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206.622.3150
    Facsimile: 206.757.7700
    Email: markbartlett@dwt.com

NOTICE OF APPEARANCE OF MARK N. BARTLETT
Case No.  CR23-179 JHC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by emailing it to: magclerkssea@wawd.uscourt.gov and ccing those individuals who have appeared in this action.

DATED this 14th day of November, 2023.

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA No. 15672

NOTICE OF APPEARANCE OF MARK N. BARTLETT
Case No. CR23-179 JHC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax