Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and CHANGPENG ZHAO, aka "CZ,"<br><br>Defendants. | NO. CR23-178RAJ and NO. CR23-179RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Elizabeth R. Carr, Trial Attorney for the Money Laundering and Asset Recovery Section of the U.S. Department of Justice, Criminal Division, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//
//
//
//

Notice of Appearance - 1
*United States v. Binance Holdings Ltd.*, CR23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Elizabeth R. Carr is now co-counsel of record for this case on behalf of the United

2   States. Undersigned counsel respectfully requests that all pleadings, court documents, and

3   correspondence be forwarded to the below-listed Trial Attorney:

4           Elizabeth Carr
            Trial Attorney, Bank Integrity Unit
5           Money Laundering and Asset Recovery Section
            Criminal Division, U.S. Department of Justice
6           1400 New York Avenue N.W.
            Washington, D.C. 20009
7           Phone: 202-875-1535
            Email: Elizabeth.carr@usdoj.gov
8

9

10  DATED this 20th day of November, 2023.

11

12                                  Respectfully submitted,

13                                  MARGARET A. MOESER
                                    Acting Chief, Money Laundering and Asset
14                                  Recovery Section, Criminal Division
                                    U.S. Department of Justice
15

16

17                                   _s/ Elizabeth R. Carr_
                                    ELIZABETH R. CARR
18                                  Trial Attorney, Bank Integrity Unit
                                    Money Laundering and Asset Recovery Section
19                                  Criminal Division, U.S. Department of Justice
                                    1400 New York Avenue N.W.
20                                  Washington, D.C. 20009
                                    Phone: 202-875-1535
21                                  Email: Elizabeth.carr@usdoj.gov
22

23

24

25

26

27

Notice of Appearance - 2
*United States v. Binance Holdings Ltd.*, CR23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970