Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and CHANGPENG ZHAO, aka "CZ,"<br><br>Defendants. | NO. 23-178RAJ and<br>NO. CR23-179RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Alex Wharton, Trial Attorney in the National Security Division of the U.S. Department of Justice, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//

Notice of Appearance- 1
*United States v. Binance Holdings Limited*, Case 23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Alex Wharton is now co-counsel of record for this case on behalf of the United States.
2  Undersigned counsel respectfully requests that all pleadings, court documents, and
3  correspondence be forwarded to the below-listed government attorney:

>  Alex Wharton
>  Trial Attorney
>  Counterintelligence & Export Control Section
>  National Security Division, U.S. Department of Justice
>  950 Pennsylvania Avenue, N.W.
>  Washington, DC 20530
>  Phone: 202-514-4523
>  Alexander.Wharton@usdoj.gov

DATED this 20th day of November, 2023.

>  Respectfully submitted,
>
>  MATTHEW G. OLSEN
>  Assistant Attorney General
>
>  *s/ Alex Wharton*
>  ALEX WHARTON
>  Trial Attorney
>  Counterintelligence & Export Control Section
>  National Security Division
>  U.S. Department of Justice
>  950 Pennsylvania Avenue, N.W.
>  Washington, DC 20530
>  Phone: 202-514-4523
>  Alexander.Wharton@usdoj.gov

Notice of Appearance- 2
*United States v. Binance Holdings Limited*, Case 23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970