The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>CHANGPENG ZHAO,<br><br>    Defendant. | NO. 2:23-cr-00179-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon the United States' Motion for Review of Magistrate Judge's Ruling on Defendant's Presentencing Travel Restrictions. Dkt. 34.  Having considered the briefing, and the files and pleadings herein, the Court determines it will review the decision of Magistrate Judge Brian A. Tsuchida permitting Defendant to return to the United Arab Emirates pending sentencing pursuant to the conditions of his appearance bond.

IT IS ORDERED that the condition permitting Defendant to return to the UAE pending sentencing is **STAYED** until such time as this Court resolves the Government's motion for review.

DATED this 27th day of November, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1