Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | No. CR23-179 RAJ<br><br>**UNITED STATES' MOTION TO MODIFY BOND**<br><br>*Note on Motion Calendar:*<br>*March 7, 2024* |

Consistent with the District Court's December 7 and December 29, 2023 rulings (Dkt. 46, 50), the United States moves under 18 U.S.C. § 3142(c)(3) to modify Defendant Changpeng Zhao's bond (Dkt. 33). In the December 7 order, Judge Jones reversed this Court's ruling on Zhao's presentence travel. And in the December 29 hearing, Judge Jones reaffirmed that Zhao must remain in the continental United States through sentencing. Because Judge Jones has ordered Zhao to remain in the United States and under Pretrial Services supervision through sentencing, the bond should be revised to reflect those orders.

The revisions below effectuate Judge Jones's orders. Since those orders, the government has discussed the revisions with Zhao's counsel several times in an effort to submit a joint or stipulated motion. Despite those discussions, Zhao's counsel object to this motion as written.

Mot. to Modify Bond – 1
*United States v. Zhao*, CR23-179 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

To revise the appearance bond to comply with Judge Jones's orders, this Court should strike the current bond (Dkt. 33) and issue a new bond with these modifications:

- Both conditions listed under "Other Special Conditions" should be deleted.
- These new special conditions should be added:

    1. Defendant must remain in the continental United States through the imposition of sentence.[1]

    2. Defendant must notify Pretrial Services and the government of any travel within the continental United States at least three days before the travel so that Pretrial Services and the government may raise objections, if any, with the Court.

    3. Defendant must surrender his current Canadian passport to a third-party custodian employed and supervised by his counsel of record. The third-party custodian must retain control over that Canadian passport and must accompany Defendant on any travel that requires identification documents. Defendant must surrender all other current and expired passports and travel documents to his counsel of record, who may return those documents to defendant only with authorization from Pretrial Services or the Court. Defendant may not apply for or obtain a new passport or travel document from any country without the Court's permission.

    4. Defendant must maintain his residence as directed. Defendant may not change his place of residence without prior approval of Pretrial Services or unless and as directed by Pretrial Services.[2]

All other bond conditions should remain unchanged.

///

///

///

///

---

[1] Pretrial Services has informed the government that it recommends a travel-restriction condition that would limit Zhao's travel to the Western District of Washington and the district in which he resides.

[2] Pretrial Services also recommends a location-monitoring condition.

Mot. to Modify Bond – 2  
*United States v. Zhao*, CR23-179 RAJ

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| | |
|---|---|
| February 23, 2024 | Respectfully submitted, |

MARGARET MOESER
Acting Chief
Money Laundering and Asset
   Recovery Section
Criminal Division
U.S. Department of Justice

*s/ Kevin G. Mosley*
KEVIN G. MOSLEY
ELIZABETH R. CARR
Trial Attorneys

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
performing the duties of Chief
Counterintelligence and Export
   Control Section
National Security Division
U.S. Department of Justice

*s/ Beau D. Barnes*
BEAU D. BARNES
ALEX WHARTON
Trial Attorneys

TESSA M. GORMAN
United States Attorney
Western District of Washington

*s/ Michael Dion*
MICHAEL DION
JONAS LERMAN
Assistant United States Attorneys

*I certify that this pleading contains 404 words, in compliance with the Local Criminal Rules*

Mot. to Modify Bond – 3
*United States v. Zhao*, CR23-179 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970