Judge Richard A. Jones

1

2

3

4

5

6               UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8     UNITED STATES OF AMERICA                No. 2:23-cr-00179-RAJ

9
                        v.
10                                            ORDER MODIFYING BOND

11    CHANGPENG ZHAO,

12                  Defendant.

13

14          Upon consideration of the Government's Motion to Modify Bond (Dkt. 63), and

15    Defendant's Response to the Motion (Dkt. 65), the Court ORDERS the following

16    conditions of release:

        1.  Defendant must remain in the continental United States through the imposition of
17
            sentence.

18      2.  Defendant must notify Pretrial Services before any travel within the continental

19          United States.

20      3.  Defendant must surrender his current Canadian passport to a third-party custodian

21          employed and supervised by his counsel of record.  The third-party custodian must

            retain control over that Canadian passport and must accompany Defendant on any
22
            travel that requires identification documents.  Defendant must surrender all other

23

ORDER MODIFYING BOND (2:23-cr-00179-RAJ)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK

current and expired passports and travel documents to his counsel of record, who

may return those documents to defendant only with authorization from Pretrial

Services or the Court.  Defendant may not apply for or obtain a new passport or

travel document from any country without the Court's permission.

All other conditions of release as listed in Defendant's Appearance Bond, Dkt. 33,

and this Court's Order granting the Government's Motion for Review of Magistrate

Judge's Ruling on Defendant's Presentencing Travel Restrictions, Dkt. 46, shall remain

unchanged.

SO ORDERED.

DATED this 11th day of March, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER MODIFYING BOND (2:23-cr-00179-RAJ)